No. 535, Misc.  FURMAN *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 539, Misc.  BRABSON *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 570, Misc.  LAWSON *v.* MICHIGAN.  Supreme Court of Michigan.  Certiorari denied.

No. 571, Misc.  WORBETZ *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.  Petitioner *pro se.  Leon Gerofsky* for respondent.

No. 572, Misc.  PORTER *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY.  Supreme Court of Appeals of Virginia.  Certiorari denied.

No. 591, Misc.  BUTLER *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 584.  SEABOARD AIR LINE RAILROAD CO. *v.* UNITED STATES ET AL., *ante,* p. 902.  Rehearing denied.

MAY 31, 1955.

No. 663.  FONG, GUARDIAN AD LITEM, ET AL. *v.* DULLES, SECRETARY OF STATE.  On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.  *Per Curiam:* The petition for writ of certiorari is granted.  The judgment of the Court of Appeals is vacated and the case is remanded to the District Court for a new trial in accordance with the Govern-